**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTIAN DIOR WOMACK, | : | Civil No. 1:26-CV-01358 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FERNANDO GARZA, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 26th day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.  The petition, Doc. 1, is **DISMISSED**.

2.  The Clerk of Court shall **CLOSE** this case.


<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania